■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SHANNON COOK, Respondent. [610 NYS2d 903] —Order unanimously affirmed and indictment dismissed *(see, People v Ryan,* 195 AD2d 1053). (Appeal from Order of Orleans County Court, Punch, J.—Suppress Evidence.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.